UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| STRIKE 3 HOLDINGS, LLC, | Case Number: 5:19-cv-02902-VKD |
|---|---|
| Plaintiff, | Honorable Virginia K. DeMarchi |
| vs. | [PROPOSED] ORDER ON PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |
| JOHN DOE subscriber assigned IP address 24.130.71.181, | |
| Defendant. | Re: Dkt. No. 21 |

THIS CAUSE came before the Court upon Plaintiff's third e*x-parte* application for an Order extending the time within which to effectuate service on John Doe Defendant and continuance of the Initial Case Management Conference currently scheduled for January 21, 2020, and the Court, finding good cause, does hereby order as follows:

ORDER: Plaintiff's application is granted. Plaintiff shall have until January 24, 2020 to effectuate service of a summons and Amended Complaint on Defendant and the Initial Case Management Conference scheduled for January 21, 2020 is continued to February 25, 2020 at 1:30 p.m.

SO ORDERED this __11th__ day of __December__, 2019.

By: *Virginia K. DeMarchi*
United States Magistrate Judge
Honorable Virginia K. DeMarchi

1